# United States Court of Appeals
## For the First Circuit

No. 11-2347

UNITED STATES OF AMERICA,

Appellee,

v.

ANGEL AYALA-VAZQUEZ,

Defendant, Appellant.

No. 12-1540

UNITED STATES OF AMERICA,

Appellee,

v.

LUIS XADIEL CRUZ-VAZQUEZ,

Defendant, Appellant.

Before
Thompson, Baldock,[*] and Lipez,
<u>Circuit Judges</u>.

**ORDER OF COURT**
**Entered:  May 2, 2014**

The court's April 30, 2014 opinion is withdrawn and the judgment dated April 30, 2014 is vacated.  See the new opinion and judgment of even date.

By the Court:
<u>/s/ Margaret Carter, Clerk</u>

cc: Mr. Barrios, Ms. Castellon-Miranda, Mr. Lang, Mr. Diamond, Ms. Gonzalez-Rivera, Mr. Henwood, Ms. Hernandez-Vega, Mr. Klumper, Ms. Rodriguez, Mr. Nazario-Briceno & Mr. Perez-Sosa.

---

[*] Of the Tenth Circuit, sitting by designation.